**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **SANDY A. MORIARTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:26-CV-00940-ZMB** |
| | ) | |
| **FOREST RIVER, INC.** ***et al.*** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**RV RETAILER ARKANSAS, LLC'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1, Counsel of record for RV Retailer Arkansas, LLC, hereby discloses the following:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

   a. Whether it is publicly traded, and if it is, on which exchange(s): **No**

   b. Its parent companies or corporations (if none, state "none"): **Blue Compass RV, LLC, which is wholly owned by Blue Compass RV, LLC (please see its Corporate Disclosure Statement for its parent companies)**

   c. Subsidiaries that are not wholly owned by the subject (if none, state "none"): **None**

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **None**

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to the party or intervenor, including all members, sub-members, general and limited partners, and corporations:

- Ferrando Enterprises II, LLC, whose sole member is The Kathryn L. Ferrando 2021 Irrevocable Trust which was formed under the laws of the state of **Florida** and whose trustee is Jon Ferrando, who is domiciled in and therefore a citizen of **Florida**.

- JPF RV Retail Holdings, LLC, whose sole member is Ferrando.
- JPF Investment Holdings, LLC, whose members are The Emily Taylor Ferrando 2014 Irrevocable Trust, The Isabelle Ashley Ferrando 2014 Irrevocable Trust, and The Jackson Thomas Ferrando 2014 Irrevocable Trust, all of which were formed under the laws of the state of **Florida** whose trustee is Jeff Baskies, who is domiciled in and therefore a citizen of **Florida**.
- RRIR RV Capital Holdings, LLC, whose sole member is Raul Rodriguez ("Rodriguez"), who is domiciled in and therefore a citizen of **Florida**.
- RR RV Capital Holdings, LLC, whose sole member is Rodriguez who is a citizen of **Florida**.
- Kurt Hornung, who is domiciled in and therefore a citizen of **Texas**.
- Taylore Elliott, who is domiciled in and therefore a citizen of **Texas**.
- Tim Benter, who is domiciled in and therefore a citizen of **Arizona**.
- TMB Holdings I, LLC, whose sole member is The THMB Family Trust, an **Arizona trust.**
- THMB Family Trust's trustees are Benter and Holly Benter, who is domiciled in and therefore a citizen of **Arizona.**
- Donny O'Banion, who is domiciled in and therefore a citizen of **Texas**.
- East Grove Ventures, LLC, whose members are David Ostlund and Jill Ostlund David Ostlund, who are domiciled in and therefore citizens of **Texas**.
- The Chaney 2021 Irrevocable Trust FBO Scott Chaney, a Texas trust, whose trustees are Scott Chaney (hereinafter **"Chaney"**) and Sean Chaney, who are domiciled in and therefore citizens of **Texas**.
- The Sean Chaney 2021 Irrevocable Trust, a **Texas** trust, whose trustee is Chaney.
- The Erin Chaney Stevenson 2021 Irrevocable Trust, a Texas trust, whose trustee is Erin Chaney Stevenson, who is domiciled in and therefore a citizen of **Texas**.
- Redwood Holdings, LLC, whose members are as follows:
    - James C. Davis, an individual who is a citizen of the State of Maryland because he maintains his principal residence in **Maryland**;
    - The Kim J. Davis 2012 Irrevocable Trust, a traditional family trust with no shareholders,

formed under the laws of Maryland and its trustee being James C. Davis, a citizen of **Maryland**;

- The Oak Investment Trust, a traditional trust with no shareholders, formed under the laws of Maryland and its trustees being Fred S. Ridley, a citizen of Florida, Randall Sones, a citizen of Florida; R. Alan Butler, a citizen of Maryland and Michael Bison, a citizen of **Maryland**;

- The Oak Investment Trust II, a traditional trust with no shareholders, formed under the laws of Maryland and its trustees being Fred S. Ridley, a citizen of Florida, Randall Sones, a citizen of Florida; R. Alan Butler, a citizen of Maryland and Michael Bison, a citizen of **Maryland**;

- The Elm Investment Trust, a traditional trust with no shareholders, formed under the laws of Maryland, and its trustees being Fred S. Ridley, a citizen of Florida, Randall Sones, a citizen of Florida; R. Alan Butler, a citizen of Maryland and Michael Bison, a citizen of **Maryland**;

- The Pine Investment Trust, a traditional trust with no shareholders, formed under the laws of Maryland, and its trustees being Fred S. Ridley, a citizen of Florida, Randall Sones, a citizen of Florida; R. Alan Butler, a citizen of Maryland and Michael Bison, a citizen of **Maryland**;

- The McConnell Family Trust, a traditional family trust with no shareholders, formed under the laws of Maryland, and its trustee being Kim J. Davis, a citizen of **Florida**;

- The James C. Davis Trust for the Benefit of Brian J. Davis, a traditional family trust with no shareholders, formed under the laws of Maryland, and its trustees being Randall Sones, a citizen of Florida; R. Alan Butler, a citizen of Maryland and Michael Bison, a citizen of **Maryland**;

- The Davis Family ESBT, a traditional family trust with no shareholders, formed under the laws of the Commonwealth of Pennsylvania, and its trustees being William G. Davis, a citizen of the Commonwealth of Pennsylvania and Deborah Davis, a citizen of the Commonwealth of **Pennsylvania**;

- The William G. and Deborah A. Davis Irrevocable Family Trust (2012), a traditional family trust with no shareholders, formed under the laws of the Commonwealth of Pennsylvania, and its trustees being James C. Davis, a citizen of Maryland and Brian Davis, a citizen of the Commonwealth of **Pennsylvania**;

- The Carey Family Irrevocable Trust, a traditional family trust with no shareholders, formed under the laws of Maryland, its trustee being Marianne Schmitt Hellauer, a citizen of **Maryland**;

- The Michael Salandra 1998 Trust, a traditional family trust with no shareholders, formed under the laws of Maryland, and its trustee being Eron Kathleen Barnes, a citizen of the Commonwealth of **Pennsylvania**;

- LMS Redwood Investments, LLC, a limited liability company organized under the laws of Maryland ("LMS"). LMS's Members are: Michael and Lesley Salandra, citizens of **Maryland** and the 2012 Michael W. Salandra Family Trust. The 2012 Michael W. Salandra Family Trust is a traditional trust with no shareholders, formed under the laws of Maryland and its trustee being Jonathan D. Eisner, a citizen of **Maryland**;

    - William G. Davis, an individual who is a citizen of the Commonwealth of Pennsylvania because he maintains his principal residence in **Pennsylvania**;

    - Deborah A. Davis, an individual who is a citizen of the Commonwealth of Pennsylvania

because she maintains her principal residence in **Pennsylvania**;

  - John T. Carey, an individual who is a citizen of the State of Maryland because he maintains his principal residence in **Maryland**;

- Carey-Redwood Investors, LLC, a limited liability company organized under the laws of Maryland ("Carey-Redwood"). Carey-Redwood's sole member is the Meritage Irrevocable Trust, a traditional trust with no shareholders, formed under the laws of Maryland and its trustee being Marianne Schmitt Hellauer, a citizen of **Maryland**;

- The Juniper Investment Trust, a traditional trust with no shareholders, formed under the laws of Florida, and its trustees being Elizabeth H. Ridley, a citizen of **Florida** and Michael D. Annis, a citizen of **Florida**; and

- RCI Managers, LLC, a limited liability company organized under the laws of Maryland ("RCIM"). RCIM's Members are: R. Alan Butler, a citizen of Maryland, David Watson, a citizen of **Maryland**, Ryan Mostrom, a citizen of **Maryland**, Kevin Loden, a citizen of **Maryland**, Ivan Lee, a citizen of **Washington, DC** and Patrick Sissman, a citizen of **Washington, DC**.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a), "counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Chris Napolitano
CHRIS M. NAPOLITANO #66610MO
1100 Main Street, Suite 2121
Kansas City, MO 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
Email: cnapolitano@enszjester.com
**ATTORNEYS FOR DEFENDANT**
**RV Retailer, LLC, d/b/a Blue Compass RV**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Christian T. Misner
DONNER APPLEWHITE ATTORNEYS AT LAW
2505 Hampton Ave.
St. Louis, MO 63109
(314) 240-5351 – Office
(888) 785-4461 – Fax
Email: christian.misner@da-lawfirm.com
**ATTORNEYS FOR PLAINTIFF**

AND

Jonathan E. Benevides, #61594
Samantha R. Patterson, #72958 2400
BAKER STERCHI COWDEN & RICE, LLC
Pershing Rd., Suite 500 Kansas City, Missouri 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
Email: benevides@bakersterchi.com
samantha.patterson@bakersterchi.com
**ATTORNEYS FOR DEFENDANT FOREST RIVER, INC.**

/s/ Chris Napolitano

**Attorney for Defendant RV Retailer, LLC d/b/a Blue Compass RV**